UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN BRECEDA,<br><br>        Petitioner,<br><br>   v.<br><br>JAMES HILL, Warden,[1]<br><br>        Respondent. | Case No. 8:23-cv-1536-GW-PD<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Petition for a Writ of Habeas Corpus, the records on file, and the Report and Recommendation of the United States Magistrate Judge. No objections to the Report were filed.

The Court accepts and adopts the findings and recommendation of the Magistrate Judge.

---

[1] James Hill is the warden of the Richard J. Donovan Correctional Facility, where Petitioner is housed, and is substituted under Federal Rule of Civil Procedure 25(d) as the proper Respondent.

1   IT IS THEREFORE ORDERED that Judgment be entered (1) denying
2   the First Amended Petition for a Writ of Habeas Corpus; and (2) dismissing
3   this action with prejudice.

DATED: March 4, 2025

*George H. Wu*

HONORABLE GEORGE H. WU
United States District Judge