JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN BRECEDA,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>JAMES HILL, Warden,[1]<br><br>　　　　　Respondent. | Case No. 8:23-cv-1536-GW-PD<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is DENIED and this action is DISMISSED with prejudice.

Dated: March 4, 2025

_____
HONORABLE GEORGE H. WU
United States District Judge

---

[1] James Hill is the warden of the Richard J. Donovan Correctional Facility, where Petitioner is housed, and is substituted under Federal Rule of Civil Procedure 25(d) as the proper Respondent.